

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jay Dee Burns,                              * From the 70th District Court
                                                       of Ector County,
                                                       Trial Court No. A-45,138.

Vs. No. 11-20-00016-CR                      * February 21, 2020

The State of Texas,                         * Per Curiam Memorandum Opinion
                                                       (Panel consists of: Bailey, C.J.,
                                                       Stretcher, J., and Wright, S.C.J.,
                                                       sitting by assignment)
                                                       (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.